CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
MAY 09 2006
JOHN F. CORCORAN, CLERK
BY: HMcDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JERRY LEE KEEN, | ) | |
| Plaintiff, | ) | Civil Action No. 7:06cv00259 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| JUDGE TERESA CHAFFIN, | ) | By: Hon. Jackson L. Kiser |
| Defendant. | ) | Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ADJUDGED** and **ORDERED** that this action shall be and hereby is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1); all pending motions are hereby **DENIED as MOOT**; and this case will be **STRICKEN** from the active docket of the court. Additionally, plaintiff is hereby notified that this dismissal constitutes a "strike" under 28 U.S.C. §1915(g).

The Clerk of the Court is directed to send certified copies of this Order and accompanying Memorandum Opinion to the plaintiff and counsel of record for the defendants, if known.

ENTER: This 9th day of May, 2006.

Senior United States District Judge